UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN LEFLORE-RAY, SR.,

    Plaintiff,

v.

    Case No. 1:25-cv-1068

    Hon. Hala Y. Jarbou

PACTIV EVERGREEN, INC.,

    Defendant.
_____/

## ORDER

On October 28, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court dismiss this case under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim (ECF No. 6). No objections to the R&R have been filed, and the time for doing so expired on November 11, 2025. Upon review, the Court finds that the R&R makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will enter in accordance with this Order.

Dated: December 12, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE